NUMBER 13-02-303-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

________________________________________________________________

 

SAN BENITO LITERACY CENTER,         Appellant,

 

                                                   v.

 

DAVID
NEUBAUER,                                                                Appellee.

________________________________________________________________

 

                        On appeal from the 138th  District Court

                                 of Cameron
County, Texas.

________________________________________________________________

 

                                   O P I N I O N

 

                    Before Justices
Dorsey, Hinojosa, and Rodriguez

Opinion
Per Curiam

 

Appellant, SAN
BENITO LITERACY CENTER, perfected an appeal from a judgment entered by the 138th District Court of Cameron County, Texas, in
cause number 2001-06-2791-B. 
After the notice of appeal was filed, appellant filed a motion to
dismiss the appeal.  Appellant requests
that this Court dismiss the appeal.








The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 18th day of July, 2002.